**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BILLY WAYNE COLEMAN**                                                    **PLAINTIFF**

**V.**                              **CASE NO. 3:11CV00209 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

### JUDGMENT

Judgment is hereby entered in favor of Michael J. Astrue, Commissioner, Social

Security Administration, and against Plaintiff Billy Wayne Coleman.

DATED this 3rd day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE